JOHN FAINOR, Respondent, v. ANNIE FAINOR, Appellant.— Motion granted, appeal dismissed, and order signed. Present — Jenks, P. J., Stapelton, Mills, Putnam and Blackmar, JJ.

In the Matter of the Application of JACOB BROOKS, for an Order Directing WILLIAM HARRY MONTGOMERY, an Attorney, to Turn over Certain Moneys. — Motion denied. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Opening and Extending of Juniper Avenue, etc.— Motion to resettle order denied. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Opening and Extending of Juniper Avenue, etc.— Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

ANNA BUCHANAN KINNEAR, Respondent, v. FRANK PETER KINNEAR, Appellant.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

MAX PHILLIPS, Respondent, v. WEST ROCKAWAY LAND COMPANY and BELLE HARBOR-EDGEMERE REALTY COMPANY, INC., Appellants.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

HELEN L. POLLITZER, Respondent, v. WILLIAM S. POLLITZER, Appellant.— Motion granted, plaintiff required to accept both notices of appeal, reserving, however, until the hearing of the appeals the effect of the notice of appeal from the judgment of November fourth. Present — Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ.

EDWARD J. AHRENS, Respondent, v. LEFSTEIN & ROSENFELD, Defendant, and MORRIS LEFSTEIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. The facts as stated in the complaint and as admitted by the demurrer, do not show receipt of the money for the purpose of conversion, or refusal to surrender the same to the plaintiff's employer, or any demand therefor, and the history of the transaction intermediate the receipt of the money to the application for the warrant is absent. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

BENJAMIN R. BERTRAND, Appellant, v. OESTING BUILDING COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Stapleton, Mills, Putnam and Blackmar, JJ., concurred; Jenks, P. J., not voting.

In the Matter of the Petition of ANDREW HERBERT, to Prove the Last Will and Testament of FRANK ALOIS HECK, Late of the County of Queens, Deceased. ANNA MARIE HECK, Appellant; ANDREW HERBERT, Executor, etc., Respondent.— Decree of the Surrogate's Court of Queens county affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

EVA KRAUSE, Respondent, v. CARRIE G. PHILLIPS, Appellant.— Order of March fourteenth reversed, with ten dollars costs and disbursements; and